IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs                                Cr. No. 2:04CR20009-001; 2:98CR20015-001

RAY JACKSON QUEEN,
    DEFENDANT.

## ORDER FOR REMISSION OF FINE

Now on this __29th__ day of __September__, 2008, comes on to be considered the United States' Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On May 13, 2004, Defendant was sentenced to eighteen months incarceration, three years supervision, a $100.00 special assessment and a $500.00 fine.

    2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

    3. The United States states it has been unable to locate the defendant and there is no reasonable likelihood that the fine can be collected.

4. Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 2 9 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK